# Mathis v. Oates.

### Non-Suit.

*Revised Code, section 2759 of; what not revised on appeal under.*—Where a voluntary non-suit is suffered in consequence of an adverse ruling on demurrer, the ruling on the demurrer can not be reviewed and non-suit set aside, on appeal under section 2759 of the Revised Code.

APPEAL from Henry Circuit Court.

Tried before Hon. H. D. CLAYTON.

Mathis brought suit against Oates, and Oates demurred to the complaint. The court sustained the demurrer, and plain—

[Steele v. Tutwiler.]

tiff excepted, and took a non-suit. This ruling is now assigned as error.

J. M. BURFORD, for appellant.

D. M. SEALS, *contra*.

STONE, J.—It has been repeatedly held in this court that when a voluntary non-suit is suffered in consequence of an adverse ruling on demurrer, such ruling on demurrer can not be reviewed in this court under section 2759, Revised Code.—*Paulling v. Marshall*, 47 Ala. 270; *Darden v. James*, 48 Ala. 36; *Welch v. Mayor*, 48 Ala. 291; *Hatchett v. Orme*, in manuscript; *Wyatt v. Evins*, 52 Ala. 286; see, also, *Palmer v. Bice*, 28 Ala. 430; *Vincent v. Rogers*, 30 Ala. 474.

This being only a rule of practice, we are disinclined to disturb it, even if there were doubts of its correctness. Appeal dismissed.